# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THERESA THORNTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 4:25-CV-00208-SEP |
| SAINT LOUIS UNIVERSITY, and STANDARD INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

## PROPOSED ORDER GRANTING MOTION FOR RECONSIDERATION

The Court, having considered defendant Standard Insurance Company's Motion for Reconsideration of the Court's June 23, 2025 Order Denying Standard's Motion for Leave to Appear Remotely at Scheduling Conference (Doc. ___), and for good cause shown,

IT IS ORDERED that defendant Standard Insurance Company and its counsel, Ann-Martha Andrews, shall appear at the Rule 16 Scheduling Conference on July 1, 2025, at 11:00 a.m., remotely, by videoconference (Zoom) or telephone.

1